TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00670-CV
 
 




 

 

J. C., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 345th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-004498,
 The Honorable Paul Davis, JUDGE
 PRESIDING 
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
                       The reporter’s record in
 this appeal was originally due to be filed on October 18, 2012.  By notice to this
 Court dated October 17, 2012, LaDelle Abilez informed the Court that she,
 Athena Turk and Shonna Castillo will be preparing the record.  In addition, Ms. Abilez
 requested an extension of ten days.
                       Effective March 1, 2012,
 amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme
 Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting
 extensions of over 10 days for the filing of reporters’ records in
 accelerated appeals, including those from suits for termination of parental
 rights.  See Tex. R. App. P. 35.3(c). 
 Further, any extensions of time granted for the filing of the reporters’
 records may not exceed 30 days cumulatively.  See
 Tex. R. App. P. 28.4(b)(2).  Accordingly, LaDelle
 Abilez, Athena Turk and Shonna
 Castillo are hereby ordered to file the reporter’s record in this case on or
 before November 2, 2012.  If the record
 is not filed by that date, any of the named reporters not in compliance with
 this order may be required to show cause why she
 should not be held in contempt of court.
                       It is ordered on October
 23, 2012.
  
 Before Chief
 Justice Jones, Justices Rose and
 Goodwin